■ SAUL S. LE VINE, Respondent, v SANDRA FLYNN et al., Appellants, et al., Defendants. [647 NYS2d 105] —In an action to foreclose a mortgage, the defendants Sandra Flynn and Herbert Lindo appeal from an order of the Supreme Court, Nassau County (Collins, J.), dated October 26, 1995, which, *inter alia,* granted the plaintiff's motion for summary judgment and appointed a Referee to ascertain and compute the amount due.

Ordered that the order is affirmed, with costs.

The appellants specifically waived the defense of usury in a "stipulation and order", "so ordered" by the court, which settled a prior action to foreclose the mortgage in issue here. Accordingly, the appellants were precluded from raising usury in the instant action (see, *Central Funding Co. v Deglin,* 67 AD2d 673, *affd in part, appeal dismissed in part* 48 NY2d 964; *see also, Daniel v Daniel,* 224 AD2d 573). The appellants' remaining contentions are without merit. Bracken, J. P., Krausman, Goldstein and Luciano, JJ., concur.